Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for GEORGE JACOBSEN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 2:09- MJ -0077 KJM |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY HEARING |
| v. ) | |
| ) | |
| GEORGE JACOBSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

The defense is in the process of submitting to the United States Attorney's Office some unique circumstances involving Mr. Jacobsen's mental challenges which may affect the manner in which this case may be disposed. The gathering of information necessary to substantiate the particular circumstances may take some time. The parties are in agreement with continuing the preliminary hearing date in order to leave all options open for an early settlement.

On April 1, 2009 at Mr. Jacobsen's first appearance in the Eastern District of California, he agreed to continuing the preliminary hearing past the 30 day statutory time limitation contained under the Federal

| | |
|---|---|
| 1 | Speedy Trial Act between 1st appearance and indictment.  Mr. Jacobsen |
| 2 | waived time for the same.  It was also discussed at that time that |
| 3 | further stipulations for continuance may be necessary depending on any |
| 4 | logistical issues which may arise.  Mr. Jacobsen was in agreement and |
| 5 | time was waived in open court.  The preliminary hearing was set for May |
| 6 | 1, 2009.  The parties are in agreement and request a further two week |
| 7 | continuance to **Friday, May 15, 2009 at 2:00 p.m.** as the date for |
| 8 | preliminary examination. |

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date for preliminary hearing in the case at bar be continued from May 1, 2009 at 2:00 p.m. to **Friday, May 15, 2009 at 2:00 p.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through May 15, 2009 on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for defense preparation and gathering of materials which may effect a possible plea negotiation for

////
////
////
////
////
////
////
////
////

reasons described above, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: April 15, 2009**

**/s/ Mr. Robin Taylor, Esq. (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ Mr. Robert M. Holley, Esq.**
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

## ORDER

**GOOD CAUSE APPEARING**, the above calendaring change with respect to the defendant's preliminary hearing date, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act.

**IS SO ORDERED.**

DATED: April 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jacobsen0077.stipord

3