Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for GEORGE JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 2:09-CR-0322 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| GEORGE JACOBSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

The defense is in the process of having Mr. Jacobsen psychologically tested particularly relative to his intelligence quota. The information, which will be provided to the United States Attorney, may be a factor in settling this case without the necessity of a jury trial.  It is anticipated that the psychological report will be completed and provided prior to the next court appearance, the date of which is stipulated below, in order for such appearance to be meaningful to the process.  All parties are in agreement with this stipulated continuance.

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date for status conference in this case continued from December 8, 2009 at 9:30 a.m. to **Tuesday, January 12, 2010 at 9:30 a.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through January 12, 2010, on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for defense preparation and gathering of materials which may affect a possible plea negotiation for reasons described above, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: December 7, 2009**

**/s/ *Mr. Robin Taylor, Esq.* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

2

**ORDER**

    **GOOD CAUSE APPEARING,** the above calendaring change with respect to the defendant's status hearing date, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

**Dated: December 7, 2009**

                              **/s/ John A. Mendez**
                              **THE HONORABLE JOHN A. MENDEZ**
                              **United States District Judge**
                              **for the Eastern District of California**