```
 1  Robert M. Holley (SBN 50769)
    Attorney at law
 2  State Bar No. 50769
    331 J Street, Suite #200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4

 5  Attorney for Defendant GEORGE JACOBSEN

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8                  EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,   ) CRS 2:09-CR-0322 JAM
                                )
11           Plaintiff,         ) STIPULATION AND
                                ) ORDER CONTINUING STATUS
12      v.                      ) CONFERENCE AND EXCLUDING
                                ) TIME
13  GEORGE JACOBSEN,            )
                                )
14           Defendant.         )
                                )
15  _____)
```

16

17                         **REASONS FOR REQUEST**

18        The counsel for the defense is still in the process of

19  obtaining a psychiatric report and the parties are in the process of

20  negotiation in the hopes of avoiding a trial in this matter.  The

21  requested additional time is necessary to accomplish both tasks.  All

22  parties are in accord with this proposed order continuing the matter

23  for status conference for about one month.

24  ////

25  ////

26  ////

27  ////

28  ////                              _____

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that the date for status conference in this matter be continued from Tuesday, January, 12, 2010 to **Tuesday, February 16, 2010, at 9:30 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)and (iv)(Local Codes T2 and T4) through February 16, 2010, on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for defense preparation in obtaining a psychiatric evaluation and other documents for the purpose of plea negotiation and/or as an aid the Court and both parties in the event that the matter proceeds to jury trial.

**Dated: January 11, 2010**

/s/ *Ms. Robin Taylor, Esq. (by RMH)*
**Ms. Robin Taylor, Asst. U.S. Attorney**
**Counsel the United States**

**/s/ Robert M. Holley**
**Counsel for defendant George Jacobsen**

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING,** the above stipulated calendaring change and Speedy Trial Act exclusions are **SO ORDERED.**

**Dated:   January 11, 2010.**

/s/ John A. Mendez
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court Judge**
**Eastern District of California**

2