Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for GEORGE JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 2:09-CR-0322 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| GEORGE JACOBSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

Both the assistant United States Attorney assigned to the prosecution of this case, Ms. Robin Taylor, and the undersigned defense counsel, Mr. Robert M. Holley, are presently in jury trial in a rather protracted and highly complex 33 count bankruptcy fraud/money laundering case before the Honorable Frank C. Damrell, Jr. (U.S. v. James Burke, et al. Cr-S-05-365 FCD).  Trial has been ongoing for approximately the past two weeks and will continue for likely another two weeks beyond the date of this filing.  Prior to the beginning of trial, and during trial, preparation in this high document case has been a tremendous effort for both parties.  Both counsel in the case at

1 bar are scheduled to be in trial on Tuesday, May 11, 2010 which is the
2 presently scheduled date for the next status conference herein which is
3 the subject of this stipulated request for continuance.

4     All counsel understand the goal of moving cases through the system
5 and would like to either set this case for trial or effectuate a
6 satisfactory plea agreement as soon as possible.  However, as the Court
7 is aware, counsel for the defense has been in the process of having Mr.
8 Jacobsen evaluated by a neuro-psychologist.  Mr. Jacobsen has traveled
9 to Sacramento and met with Dr. John Wicks for that purpose.  Counsel
10 has not yet received a copy of Dr. Wicks' report and consequently is
11 not yet ready to settle this matter or make an evaluation for the
12 purpose of trial setting.

13     This request is made in documentary form rather than in person at
14 the status conference scheduled for May 11, 2010, both because neither
15 counsel will be available for such appearance and as well as to avoid
16 an unnecessary trip by Mr. Jacobsen, a mentally challenged adult, who
17 presently resides in Reno, Nevada, if the same can be avoided.

18
19                              **STIPULATION**

20     For the reasons set forth above, it is hereby stipulated by and
21 between the parties hereto through their respective counsel that the
22 date for status conference in this case continued from Tuesday, May 11,
23 2010 at 9:30 a.m. to **Tuesday, June 15, 2010 at 9:30 a.m.**

24     The parties further stipulate that all time included in this
25 continuance be excluded under the Speedy Trial Act, pursuant to 18
26 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through January
27 12, 2010, on the ground that the case is unusual and complex within the
28 meaning of the Speedy Trial Act and for defense preparation and

gathering of materials which may affect a possible plea negotiation for reasons described above, as well as the unavailability of both counsel for the presently scheduled appearance, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: May 7, 2010**

**/s/ *Mr. Robin Taylor, Esq.* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

## ORDER

**GOOD CAUSE APPEARING**, the above calendaring change with respect to the defendant's scheduled status conference, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

**Dated: May 7, 2010**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**United States District Judge**
**for the Eastern District of California**

3