Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for GEORGE JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRS 2:09-CR-0322 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TAKING MATTER OFF CALENDAR |
| v. | ) | AND SETTING TRIAL CONFIRMATION |
| | ) | HEARING AND JURY TRIAL |
| GEORGE JACOBSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PURPOSE OF STIPULATION**

While the government and the defense are still attempting to reach an agreement on disposition of this matter, it appears expedient and appropriate to place the matter on the Court's calendar for jury trial and trial confirmation hearing.  Mr. Jacobsen resides in Reno, Nevada, and has been diagnosed by Dr. John Wicks as having an organic brain dysfunction.  Because of the travel hardship to Mr. Jacobsen, it is requested that the matter of jury trial and trial confirmation setting be disposed by stipulation and order.

The defendant and all counsel are in agreement with the dates and excludable time under the Speedy Trial Act set forth herein below.

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that this matter may be removed from the July 27, 2010 law and motion calendar at which it is presently set for Status Conference, and, without appearance, reset as follows:

**January 11, 2011 at 9:30 a.m.: Trial Confirmation Hearing**
**February 14, 2011 at 9:00 a.m.: Jury Trial**

The parties further stipulate that all time included in this continuance be excluded under the Federal Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through February 14, 2011, on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for trial preparation of all parties pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: July 26, 2010**

/s/ *Ms. Robin Taylor, Esq.* **(by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

/s/ *Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

2

**ORDER**

**GOOD CAUSE APPEARING,** the above matter is hereby removed from the July 27, 2010 law and motion calendar and set for jury trial and trial confirmation in accordance with the above set forth stipulation of all parties.

The Court hereby adopts the above stipulated provisions for exclusion of time under the Federal Speedy Trial Act.

**IT IS SO ORDERED.**


**Dated: July 26, 2010.**


　　　　　　　　　　　　　　　　**/s/ John A. Mendez**
　　　　　　　　　　　　　　　　**THE HONORABLE JOHN A. MENDEZ**
　　　　　　　　　　　　　　　　**United States District Judge**
　　　　　　　　　　　　　　　　**for the Eastern District of California**