```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
MICHELLE A. PRINCE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-0322 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING JURY TRIAL |
| v. ) | |
| GEORGE JACOBSEN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Robert M. Holley, Counsel for Defendant George Jacobsen, that the jury trial scheduled for February 14, 2011, be continued to May 16, 2011.  The request to continue the jury trial is made for the following reasons: (1) Assistant United States Attorneys Todd D. Leras and Michelle A. Prince have recently replaced the original government counsel assigned to this case (who is leaving the country for a special assignment); (2) On December 20, 2010, Defendant Jacobsen filed a "Notice of Insanity Defense and Notice of Expert Evidence of a Mental Condition"; and (3) New government counsel needs

1  additional time to speak with the defense's expert witness,
2  consider the possibility of conducting an independent evaluation
3  of Defendant's mental condition and to otherwise prepare the
4  matter for trial in light of the anticipated mental defense.
5      Both parties agree that an exclusion of time is appropriate
6  under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable
7  time to prepare and continuity of counsel). Robert M. Holley
8  agrees to this request and has authorized Assistant United States
9  Attorney Todd D. Leras to sign this stipulation on his behalf.

10
11 DATED: January 6, 2011           By: /s/ Todd D. Leras
                                       TODD D. LERAS
12                                     Assistant U.S. Attorney
13
14 DATED: January 6, 2011           By: /s/ Michelle A. Prince
                                       MICHELLE A. PRINCE
15                                     Assistant U.S. Attorney
16
17 DATED: January 6, 2011           By: /s/ Todd D. Leras for
                                       ROBERT M. HOLLEY
18                                     Attorney for Defendant
                                       GEORGE JACOBSEN

**IT IS HEREBY ORDERED**:

1. The jury trial set for February 14, 2011, is vacated and continued to May 16, 2011, at 9:00 a.m.

2. The trial confirmation hearing scheduled for January 11, 2011, is vacated and continued to April 19, 2011, at 9:30 a.m.

3. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare and continuity of counsel) up to and including May 16, 2011.

IT IS SO ORDERED.

Date: 1/6/2011                   /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE