```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
MICHELLE A. PRINCE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>GEORGE JACOBSEN,             )<br>                             )<br>          Defendant.         )<br>_____) | CASE NO. 2:09-0322 JAM<br><br>STIPULATION AND<br>ORDER DIRECTING U.S. PROBATION<br>DEPARTMENT TO PREPARE A PRE-<br>PLEA PRE-SENTENCE REPORT |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Robert M. Holley, Counsel for Defendant George Jacobsen, to the following:

   1.   The parties request that the Court order the United States Probation to prepare a pre-plea pre-sentence report including a criminal record check and preliminary guideline calculations;

   2.   The status conference set for August 23, 2011 is vacated. A new status conference is set for November 1, 2011, at 9:30 a.m., to allow time for preparation of the requested pre-plea pre-sentence report;

3. The Defendant agrees that any delay in the case resulting form the pre-plea pre-sentence report process, up to and including November 1, 2011, should be excluded for purpose of Speedy Trial calculations. The basis of the time exclusion is attorney preparation and continuity of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel);

4. The parties agree to provide copies of any relevant law enforcement reports and criminal records information to the United States Probation Department to facilitate preparation of the report; and

5. The parties believe that this pre-plea pre-sentence report will facilitate a Plea Agreement, and will facilitate the preparation of a final pre-sentence report.

Robert M. Holley agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: August 18, 2011     By: /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney

DATED: August 18, 2011     By: /s/ Michelle A. Prince
                               MICHELLE A. PRINCE
                               Assistant U.S. Attorney

DATED: August 18, 2011     By: /s/ Todd D. Leras for
                               ROBERT M. HOLLEY
                               Attorney for Defendant
                               GEORGE JACOBSEN

2

**IT IS HEREBY ORDERED:**

1. The status conference scheduled for August 23, 2011 is continued to November 1, 2011 at 9:30 a.m.

2. The United States Probation Department is ordered to prepare a pre-plea pre-sentence report.

3. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare and continuity of counsel) up to and including November 1, 2011.

IT IS SO ORDERED.

Date: August 22, 2011         /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE