1  Robert M. Holley
   Attorney at Law
2  State Bar No. 50769
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4
   Counsel for GEORGE JACOBSEN
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,      )  CRS 2:09-CR-0322 JAM
12                                )
                 Plaintiff,       )  STIPULATION AND
13                                )  ORDER TAKING MATTER OFF CALENDAR
        v.                        )  AND CONTINUING STATUS FOR PRE-
14                                )  PLEA REPORT
   GEORGE JACOBSEN,               )
15                                )
                 Defendant.       )
16 _____)

17

18                        **PURPOSE OF STIPULATION**

19      Mr. Jacobsen resides in Reno, Nevada, and has been diagnosed by
20 Dr. John Wicks as having an organic brain dysfunction.  Because of the
21 travel hardship to Mr. Jacobsen, it is requested that the matter of re-
22 setting the status conference and return on pre-plea report be disposed
23 by stipulation and order.
24      On August 23, 2011, the matter was referred to the United States
25 Probation Department for a pre-plea report.  Because of time and
26 workload constraints, The Probation Office requested and was granted an
27 additional 6 weeks for report preparation.  Status conference based on
28 a new report is presently scheduled for Tuesday, January 10, 2012 at

1  9:30 a.m.  Both counsel for the prosecution and the defense have been
2  notified that the case was assigned to a U.S.P.O. who retired in
3  December 2011.  He did not complete the report and as of today's date
4  the report has been reassigned to a new probation officer.  The
5  Probation Office is requesting an additional 6 weeks to complete the
6  report.  All parties are in agreement with this necessary continuance.
7      Mr. Jacobsen is not in custody and is supervised by both
8  Sacramento and the District of Nevada Pretrial Services Agency.  Mr.
9  Jacobsen is doing well on his release program and it is agreed that
10 this proposed continuance will not prejudice either party.  Both
11 parties believe that the pre-plea report may be helpful in disposing of
12 this matter without the necessity of a jury trial.
13     The defendant and all counsel are in agreement with the dates and
14 excludable time under the Speedy Trial Act set forth herein below.
15
16 **STIPULATION**
17     It is hereby stipulated by and between the parties hereto, through
18 their respective counsel, that the **Status Conference** presently set for
19 return on the pre-plea report, be continued from January 10, 2012 at
20 9:30 a.m. to **Tuesday, February 28, 2012 at 9:30 a.m.**
21     The parties further stipulate that all time included in this
22 continuance be excluded under the Federal Speedy Trial Act, pursuant to
23 18 U.S.C. Section 3161(h)(7)(B)(ii)(Local Codes T2 and T4) through
24 Tuesday, January 10, 2012, on the ground that the case is unusual and
25 complex within the meaning of the Speedy Trial Act and for trial
26 preparation of all parties, and preparation of pre-plea report, all
27 ////
28 ////

pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: January 9, 2012**

     **/s/ *Mr. Todd D. Leras, Esq.* (by RMH)**
     **MR. TODD D. LERAS,**
     **Assistant United States Attorney**
     **Counsel the United States**

     **/s/ *Mr. Robert M. Holley, Esq.***
     **MR. ROBERT M. HOLLEY, Esq.**
     **Counsel for Mr. Jacobsen**

### ORDER

**GOOD CAUSE APPEARING,** the above matter is hereby removed from the January 10, 2012 law and motion calendar and re-set for status conference **Tuesday, February 28, 2012 at 9:30 a.m**. in accordance with the above set-forth stipulation of all parties.

The Court hereby adopts the above stipulated provisions for exclusion of time under the Federal Speedy Trial Act.

**IT IS SO ORDERED.**

**Dated: January 12, 2012.**

     **/s/ John A. Mendez**
     **THE HONORABLE JOHN A. MENDEZ**
     **United States District Judge**
     **for the Eastern District of California**